# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2021

Mr. Daniel Aaron Diskin
Garfield Law Group
1634 I Street, N.W.
Suite 400
Washington, DC 20006

    No. 21-60205   Gorrosquieta-Ortuno v. Garland
                     Agency No. A205 304 314

Dear Mr. Diskin,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days.

Record References: The use of "id." is not permitted when citing to the record on appeal. Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record where the matter is found, using the record citation form as directed by the Clerk of Court. (Specific examples of the use of "id." when citing to the record appear on pages 7, 8, 11 and 13 of the brief. However, you should review the entire brief for other instances where "id." may be improperly used.)  See FED. R. APP. P. 28(a)(8)(A) and 5TH CIR. R. 28.2.2. See Form 1  http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4.

Note: **Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient brief MUST be updated to the actual date that service is being made.** Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702


cc:　Ms. Regina Byrd
　　　Office of Immigration Litigation